UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA

    - against -

KI YUNG YEUNG, et al.,

                 Defendants.
-------------------------------------------------------X

NOTICE OF APPEARANCE

07 M 633

To:    The Clerk of this Court and all Attorneys of Record:

    Please take notice that JaneAnne Murray of the Law Offices of JaneAnne Murray, an attorney admitted to practice in this Court, hereby makes her appearance on behalf of Ki Yung Yeung.

Dated:    May 17, 2007

    Respectfully submitted,

    _____
    JaneAnne Murray
    Law Offices of JaneAnne Murray
    233 Broadway, Suite 2208
    New York, NY 10279
    (212) 941-9266 (tel.)
    (866) 259-7819 (fax)
    jmurray@murraylawny.com